■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERMAN FELTON, Appellant. [661 NYS2d 536] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (McKay, J.), rendered July 7, 1995, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Ritter, Sullivan, Altman and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN FERNANDEZ, Appellant. [661 NYS2d 540] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 19, 1994 *(People v Fernandez,* 210 AD2d 428), affirming a judgment of the Supreme Court, Kings County, rendered March 11, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Thompson and Altman, JJ., concur.